# UNITED STATES DISTRICT COURT
## for the
### District of Nevada

United States of America
v.
AMANDA RAY ANDERSON

*Defendant*

)
)
)
)
)
)

Case No. 2:18-mj-509-GWF

Charging District: Central District of California
Charging District's Case No. 18MJ01326



FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 3 0 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: Edward R. Roybal Federal Building and Courthouse District of California (Central District) 255 E. Temple Street Los Angeles, CA 90012-1565 | Courtroom: Room 341 |
|---|---|
| | Date/Time: June 14, 2018 at 2:00 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: May 30, 2018

_____
*Judge's signature*

GEORGE FOLEY, JR. U.S. Magistrate Judge
*Printed name and title*