AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
District of Nevada

United States of America
v.
AMANDA RAY ANDERSON

*Defendant*

)
)
)
)
)
)

Case No. 2:18-mj-509-GWF

Charging District: Central District of California

Charging District's Case No. 18CR358-R

FILED ___ RECEIVED ___
ENTERED ___ SERVED ON ___
COUNSEL/PARTIES OF RECORD
JUN 28 2018
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ___

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Edward R. Roybal Federal Building and Courthouse District of California (Central Division) 255 E. Temple Street Los Angeles, CA 90012-1565 | Courtroom: | Room 341 |
|---|---|---|---|
| | | Date/Time: | July 12, 2018 at 11:00 am |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: Jun 28, 2018

_____
Judge's signature

GEORGE FOLEY, JR. U.S. Magistrate Judge
*Printed name and title*